UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:23-CV-45-BJB

STOR MOR PORTABLE BUILDINGS, LLC                                    PLAINTIFF

v.

WESLEY DANIEL, ELITE PORTABLE BUILDINGS, INC.,
CHAMPION PORTABLE BUILDINGS, INC., and
CALVIN YODER, JR.                                                  DEFENDANTS

## STOR MOR PORTABLE BUILDINGS, LLC'S MOTION TO AMEND COMPLAINT
### *(Electronically Filed)*

Comes Plaintiff, Stor Mor Portable Buildings, LLC ("Stor Mor"), by counsel, and for its

Motion to Amend Complaint, states as follows:

According to Rule 15(a)(2), leave to amend is to be freely given when the interest of

justice so requires. *Foman v. Davis,* 371 U.S. 178 (1962). "This rule gives effect to the principle

that, as far as possible, cases should be determined on their merits and not on technicalities."

*Cooper v. Am. Employers' Ins. Co.,* 296 F.2d 303, 306 (6th Cir.1961). Plaintiff's motion is timely

in accordance with this Court's Scheduling Order filed July 15, 2024. [DN 40] The proposed

Amended Complaint, submitted herewith, contains an additional count of conversion against

Defendant Elite as well as clarifying statements pertaining to the claim of civil conspiracy against

all Defendants. The underlying facts or circumstances set forth cognizable claims against the

Defendants, and the Plaintiff should be afforded an opportunity to test its claims on the merits.

There is no prejudice to the Defendants, as discovery is in its earliest stages. The original

complaint stated substantially the same fact pattern and causes of action, excepting the cause of

action for conversion against Defendant Elite. Furthermore, none of the circumstances warranting

denial of such request to amend are present. *See Foman*, 371 U.S. at 182 (noting that denial of

leave to amend is appropriate only under certain circumstances, "such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment").

WHEREFORE, Plaintiff requests this Court enter an Order granting Plaintiff's Motion to Amend Complaint and directing the clerk to enter Plaintiff's Amended Complaint tendered herewith.

Respectfully submitted,

WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
*Attorneys for Plaintiff Stor Mor Portable Buildings, LLC*

By: /s/ Darren R. Smith
      James R. Coltharp, Jr.
      Darren R. Smith
      P.O. Box 995
      Paducah, KY 42002-0995
      Telephone: (270) 443-4516
      Facsimile: (270) 442-1712
      jcoltharp@whitlow-law.com
      dsmith@whitlow-law.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of August, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF e-filing system which will provide electronic notice to:

Alexander D. Blackwell, Esq., Denton Law Firm, PLLC, P.O. Box 969, Paducah, KY 42002, ablackwell@dentonlawfirm.com, *Attorney for Defendants*.

      /s/ Darren R. Smith
      Darren R. Smith, Esq.